IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 07-cv-00721-JLK

**MPEG LA, L.L.C.**,

Plaintiff,

v.

**REGENCY MEDIA PTY LTD.,**
**AAV REGENCY PTY, LTD., and**
**AAV REGENCY MANAGEMENT PTY LTD.,**

Defendants.

_____

**ORDER**
_____

Kane, J.

I have determined that Defendants' Motion to Dismiss (Doc. #13) shall be granted.

The Scheduling Conference set for Friday, July 25, 2008, at 10:30 AM is therefore

VACATED.  A written decision on the Defendants' Motion will follow.

IT IS SO ORDERED.

Dated this 22nd day of July, 2008.

s/John L. Kane
John L. Kane, Senior District Judge
United States District Court